**Jennifer HO, Plaintiff–Appellant,**

v.

**Patrick DONAHOE, Defendant–Appellee.**

**No. 10–15373.**

United States Court of Appeals, Ninth Circuit.

Submitted July 12, 2011.*

Filed July 25, 2011.

Jennifer Ho, Oakland, CA, pro se.

Neill Tseng, Assistant U.S. Attorney, Office of the U.S. Attorney, San Francisco, CA, for Defendant–Appellee.

Before: SCHROEDER, ALARCÓN, and LEAVY, Circuit Judges.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

MEMORANDUM ***

Jennifer Ho appeals pro se from the district court's summary judgment in her employment action against the United States Postal Service. We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Kraus v. Presidio Trust Facilities Div./Residential Mgmt. Branch,* 572 F.3d 1039, 1042–43 (9th Cir.2009). We affirm.

The district court properly granted summary judgment because Ho failed to raise a genuine dispute of material fact as to whether she complied with the administrative exhaustion requirement of timely contacting an Equal Employment Opportunity ("EEO") counselor. *See* 29 C.F.R. § 1614.105(a) (prior to filing an employment discrimination lawsuit, a federal employee must initiate contact with an EEO counselor within forty-five days of the alleged discriminatory act); *see also Kraus,* 572 F.3d at 1043 (failure to comply with forty-five-day EEO contact requirement is " 'fatal to a federal employee's discrimination claim' in federal court" absent waiver, estoppel, or equitable tolling) (quoting *Lyons v. England,* 307 F.3d 1092, 1105 (9th Cir.2002)).

Ho's remaining contentions are unpersuasive.

Ho's "Motion for Granting Appellant's Appeal" and "Motion for Case Decision" are denied as moot.

**AFFIRMED.**

---

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

